THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE FISHER, Appellant.—

Judgment affirmed. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.